DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HARTFORD UNDERWRITERS INSURANCE COMPANY,**
Appellant,

v.

**RADIOLOGY PHYSICIAN SOLUTIONS OF FLORIDA, LLC.,** as assignee
of Helen Avello,
Appellee.

No. 4D21-1904

[June 16, 2022]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; John D. Fry, Judge; L.T. Case No. CON020-003317.

Michael A. Rosenberg, Gregory Willis, and Adrianna de la Cruz-Muñoz of Cole, Scott & Kissane, P.A., Plantation, for appellant.

Douglas H. Stein of Douglas H. Stein, P.A., Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and LEVINE, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*